■ The People of the State of New York, Respondent, v Shakima Winship, Appellant. [851 NYS2d 897]—Judgment,

Supreme Court, Bronx County (Nicholas Iacovetta, J.), rendered on or about April 19, 2007, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Tom, Nardelli, Catterson and Moskowitz, JJ.